[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-12822
Non-Argument Calendar
_____

D.C. Docket No. 5:20-cv-00276-TES


PAMELA-LEE HAMMOND,

Plaintiff-Appellant,

versus

BIBB COUNTY COURTHOUSE,
MACON HOSPITAL,
a.k.a. Medical Center,
SECRETARY OF STATE FOR THE STATE
OF GEORGIA,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(December 16, 2020)

Before JORDAN, LAGOA, and, BRASHER, Circuit Judges.

PER CURIAM:

Pamela-Lee Hammond appeals the district court's dismissal, without prejudice, of her complaint as frivolous.

A claim is frivolous if it lacks any arguable basis in law or fact. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001). Reviewing the district court's dismissal order for abuse of discretion under 28 U.S.C. § 1915(e)(2)(B)(i), *see id.* at 1348-49, we discern no error. Indeed, Ms. Hammond does not challenge the district court's frivolity determination, and so has abandoned any such argument. *See Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008).

**AFFIRMED.**